IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                   CASE NO.: 1:07cr15-SPM

HAROLD EDWARD BARANOFF,

       Defendant.

_____/

## ORDER DENYING MOTION FOR RELEASE PENDING APPEAL

**THIS CAUSE** comes before the Court upon Defendant's "Motion for Release Pending Appeal" (doc. 46). As grounds, Defendant cites the presence of a substantial question of law or fact that is likely to result in reversal. Specifically, Defendant states that this Court's denial of his Motion to Suppress is an error that may result in reversal and therefore constitutes a substantial question of law.

18 U.S.C. § 3143(b) sets forth the criteria for release pending appeal. The Court shall order detention *unless* it appears by "clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." The Court must also find "that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely

to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment".

The Court finds that Defendant is unlikely to flee or to pose a danger to others or to the community. However, the second element of the statute is not met. Defendant has not shown by clear and convincing evidence that his appeal raises a substantial question of law or fact likely to result in reversal, a new trial, a non-incarcerative sentence, or a reduced term of imprisonment.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's motion for release pending appeal (doc. 46) is hereby *denied*.

**DONE AND ORDERED** this seventh day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge