IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:07cr15-SPM/AK

HAROLD EDWARD BARANOFF,

    Defendant.
_____/

### ORDER OF CLARIFICATION REGARDING FORFEITURE

At the sentencing hearing on February 4, 2008, the Court ordered that Defendant forfeit all interest in the 1989 Winnebago used in the commission of the offense. The Court clarifies that the federal forfeiture was not intended to interfere with ongoing forfeiture proceedings in State court involving Defendant and the Sheriff's office. The federal forfeiture will attach to Defendant's remaining interest in the 1989 Winnebago, if any, upon conclusion of the State court proceedings.

SO ORDERED this 14th day of February, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge