IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                  CASE NO.: 1:07cr15-SPM

HAROLD EDWARD BARANOFF,

    Defendant.

_____/

## ORDER ALLOWING COUNSEL TO VIEW SEALED DOCUMENTS

Pending before the Court is Defendant's "Unopposed Motion to Obtain Copy of Sealed Document(s)" (doc. 73). The documents at issue are the Statement of Reasons and the presentence report. These documents were both provided to Defendant's trial counsel. Defendant's counsel on appeal should be allowed to view the documents. Defendant is reminded that he and his counsel may view the presentence investigation report, but they are not entitled to a copy of the same. The Government does not oppose the granting of this motion. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.    The motion (doc. 73) is hereby **granted**.

2.    The Clerk shall allow attorney Robert Augustus Harper to view documents 73.

3.  Defendant's viewing of the presentence investigation report shall be coordinated through Saralyn Lee, Supervising United States Probation Officer, at (352) 380-2425.

DONE AND ORDERED this <u>fourteenth</u> day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge